# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JACQUELYN S. PARTLOW,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:18-cv-1702
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 17, 2019. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

\_\_1-16-2020\_\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE